IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW REED, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION SERVICES, )<br>LLC AND HSBC MORTGAGE )<br>CORPORATION (USA), )<br>)<br>      Defendants. ) | CIVIL ACTION NO.<br>1:14-cv-03119-RWS-LTW |

## NOTICE OF SETTLEMENT

**COMES NOW** defendant HSBC Mortgage Corporation (USA) ("Defendant"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Matthew Reed against Defendant.

Defendant, therefore, requests that this Honorable Court vacate all dates currently set on calendar for the present matter and give the parties 60 days to file the necessary dismissal papers.

24322906 v1

Respectfully submitted this 10th day of June, 2015.

        *s/ Alan D. Leeth*
        Alan D. Leeth
        Georgia Bar No. 472031
        aleeth@burr.com
        Ryan J. Hebson
        Georgia Bar No. 724040
        rhebson@burr.com
        BURR & FORMAN, LLP
        171 Seventeenth Street, NW
        Suite 1100
        Atlanta, Georgia  30363
        Telephone:  (404) 815-3000
        Facsimile:  (404) 817-3244

        Attorneys for Defendant
        HSBC Mortgage Corporation (USA)

## CERTIFICATION OF COUNSEL

I hereby certify that the foregoing **NOTICE OF SETTLEMENT** has been prepared with Times New Roman, 14 point font, one of the font and point selections approved by the Court in LR 5.1B.

*s/ Alan D. Leeth*
Alan D. Leeth
Georgia Bar No. 472031
aleeth@burr.com

BURR & FORMAN LLP
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

24322906 v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of June, 2015, I presented the foregoing **NOTICE OF SETTLEMENT** to the Clerk of Court for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| David M. Marco<br>SMITHMARCO, P.C.<br>205 North Michigan Ave., Suite 2940<br>Chicago, IL 60601<br>Telephone:  (312) 546-6539<br>Facsimile:  (888) 418-1277<br><br>Scott Fortas<br>Fortas Law Group, LLC<br>1936 N. Druid Hills Rd., Suite 100B<br>Atlanta GA 30319<br>Telephone:  (404) 315-9936<br>Facsimile:  (404) 636-5418 | Barry Goheen<br>Lewis P. Perling<br>Meryl W. Roper<br>Ian Edward Smith<br>KING & SPALDING LLP<br>1180 Peachtree N.E.<br>Atlanta, GA  30309-3521<br>Telephone:  (404) 572-4600<br>Facsimile:  (404) 572-5100 |

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

NONE

*s/ Alan D. Leeth*
Alan D. Leeth
Georgia Bar No. 472031
aleeth@burr.com

BURR & FORMAN LLP
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia 30363

24322906 v1