IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| MATTHEW REED, | ) | |
| | ) | |
| Plaintiff, | ) | 1:14-cv-03119-LMM-LTW |
| | ) | |
| v. | ) | Judge May |
| | ) | Magistrate Judge Walker |
| EQUIFAX INFORMATION SERVICES, | ) | |
| LLC. and HSBC MORTGAGE | ) | |
| CORPORATION (USA), | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISS EQUIFAX INFORMATION SERVICES LLC., WITH PREJUDICE**

By agreement, the Plaintiff and Equifax Information Services, LLC., by and through their respective attorneys, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Equifax Information Services, LLC., hereby stipulate and agree that the above-captioned action should be dismissed against Equifax Information Services, LLC., only.

2. Plaintiff and Equifax Information Services, LLC., by agreement, respectfully request that this case be dismissed with prejudice as to Equifax Information Services, LLC., only, and without costs to Plaintiff or Equifax Information Services, LLC., all costs having been paid and all

1

matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

**Date:** June 10, 2015

| | |
|---|---|
| **For Plaintiff,** <br> **Matthew Reed** | **For Defendant,** <br> **Equifax Information Services, LLC.** |
| /s David M. Marco <br> SMITHMARCO, P.C. <br> 205 N. Michigan Ave., Suite 2940 <br> Chicago, Illinois 60601 <br> **Telephone:** (312) 546-6539 <br> **Facsimile:** (888) 418-1277 <br> **E-mail:** dmarco@smithmarco.com <br> *Admitted Pro Hac Vice* | s/ with consent Ian E. Smith <br> King & Spalding, LLP <br> 1180 Peachtree Street, NE <br> Atlanta, GA 30309-3521 <br> **Telephone:** (404) 572-2565 <br> **Facsimile:** (404) 572-5100 <br> **E-Mail:** iesmith@kslaw.com |