IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **MATTHEW REED,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**EQUIFAX INFORMATION SERVICES,** )<br>**LLC AND HSBC MORTGAGE** )<br>**CORPORATION (USA),** )<br>)<br>**Defendants.** ) | **CIVIL ACTION NO.**<br>**1:14-cv-03119-RWS-LTW** |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** plaintiff Matthew Reed ("Plaintiff") and defendant HSBC Mortgage Corporation (USA) ("HSBC"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against HSBC in the above-styled action, with Plaintiff and HSBC to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 15th day of July, 2015.

| | |
|---|---|
| *s/ David Marco (w/express permission)* | *s/ Alan D. Leeth* |
| David Marco (Admitted pro hac vice) | Alan D. Leeth |
| SMITHMARCO, P.C. | Georgia Bar No. 472031 |
| 205 North Michigan Ave., Suite 2940 | aleeth@burr.com |
| Chicago, IL 60601 | Amanda E. Wilson |
| Telephone:  (312) 546-6539 | Georgia Bar No. 165135 |
| Facsimile:   (888) 418-1277 | awilson@burr.com |
| dmarco@smithmarco.com | BURR & FORMAN, LLP |
| | 171 Seventeenth Street, NW, Suite 1100 |
| Scott Fortas | Atlanta, Georgia  30363 |
| Fortas Law Group, LLC | Telephone:  (404) 815-3000 |
| 1936 N. Druid Hills Rd., Suite 100B | Facsimile:  (404) 817-3244 |
| Atlanta GA 30319 | |
| Telephone:  (404) 315-9936 | Counsel for Defendant |
| Facsimile:   (404) 636-5418 | HSBC Mortgage Corporation (USA) |
| sfortas@fortaslaw.com | |
| | |
| Counsel for Plaintiff | |
| Matthew Reed | |

## CERTIFICATION OF COUNSEL

I hereby certify that the foregoing **JOINT STIPULATION OF DISMISSAL** has been prepared with Times New Roman, 14 point font, one of the font and point selections approved by the Court in LR 5.1B.

*s/ Alan D. Leeth*
Alan D. Leeth
Georgia Bar No. 472031
aleeth@burr.com

BURR & FORMAN LLP
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2015, I presented the foregoing **JOINT STIPULATION OF DISMISSAL** to the Clerk of Court for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| David M. Marco<br>SMITHMARCO, P.C.<br>205 North Michigan Ave., Suite 2940<br>Chicago, IL 60601<br>Telephone:  (312) 546-6539<br>Facsimile:  (888) 418-1277 | Barry Goheen<br>Lewis P. Perling<br>Meryl W. Roper<br>Ian Edward Smith<br>KING & SPALDING LLP<br>1180 Peachtree N.E.<br>Atlanta, GA  30309-3521<br>Telephone:  (404) 572-4600<br>Facsimile:  (404) 572-5100 |
| Scott Fortas<br>Fortas Law Group, LLC<br>1936 N. Druid Hills Rd., Suite 100B<br>Atlanta GA 30319<br>Telephone:  (404) 315-9936<br>Facsimile:  (404) 636-5418 | |

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

NONE

*s/ Alan D. Leeth*
Alan D. Leeth
Georgia Bar No. 472031
aleeth@burr.com

BURR & FORMAN LLP
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia 30363

24663383 v1